**Motion GRANTED in part and Order filed October 27, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00722-CV

_____

## IN RE DEBRA MCLEOD, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 20-08-26306**

## ORDER

On October 22, 2020, relator Debra McLeod, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Carol Chaney, Judge of the County Court at Law, in Waller County, Texas, to vacate her order dated October 5, 2020, which denied relator's plea in abatement.

Relator has also filed a motion for temporary relief, asking our court to: (1) stay all proceeding in the trial court and (2) order Jay Sears, the real party-in-interest, to not pursue his Plea in Abatement in the Harris County suit,[1] pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** all proceedings in trial court cause number 20-08-26306, *In the matter of the marriage of Jay Keith Sears and Debra Louise McLeod,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court. All further relief requested in the motion is **DENIED**.

In addition, the court requests Jay Sears to file a response to the petition for writ of mandamus on or before November 10, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

---

[1] Relator filed an original petition for divorce on August 18, 2020, in Harris County. Jay Sears has filed a plea in abatement in the Harris County suit.